Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

A.B., a minor, By and Through
W.F.B., His Guardian Ad Litem,

    Plaintiff,

v.

SAN FRANCISCO UNIFIED
SCHOOL DISTRICT,
    Defendant.

CASE NO. C 07 4738 PJH

PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

    Petitioner A.B. alleges that he is a minor over the age of seven, who was born in 1996.

    Petitioner, Plaintiff in the above-entitled case, brings this action as an appeal of an administrative decision under 20 U.S.C. 1415.

    Petitioner has no general Guardian, and no previous Petition for Appointment of a Guardian Ad Litem has been filed in this matter.

    W.F.B. is the parent of Petitioner and is competent to act as Guardian Ad Litem.

    WHEREFORE, A.B. prays that, W.F.B., be appointed as his Guardian Ad Litem.

//
//
//
//
//

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.

3
4  Dated: 8/22/2007                    _A.B._____
                                          A.B.
5

6  I declare under penalty of perjury under the laws of the State of California that the foregoing
7  is true and correct.

8
9  Dated: 8/22/2007                    _WFB_____
                                          W.F.B.
10

11              **CONSENT OF NOMINEE**

12  I, W.F.B., the nominee of Plaintiff, consent to act as Guardian Ad Litem for the minor
13  Plaintiff in the above-entitled action.

14
15  Dated: 8/22/2007                    _WFB_____
                                          W.F.B.
16
17
18
19
20
21
22
23
24
25
26
27
28