Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>Defendant._____/ | CASE NO. 07-4738 PJH<br><br>[PROPOSED] ORDER RE: AFFIDAVIT OF COUNSEL FILED UNDER SEAL |

The application submitted by Plaintiff A.B.., by and through his Guardian Ad Litem, W.F.B., to file Plaintiff's "Affidavit of Counsel in Support of Plaintiff's Motion to Protect Plaintiff's Right to Privacy By Proceeding Under a Pseudonym" dated September 13, 2007 and filed September 14, 2007, came before this Court.  Plaintiff's *ex parte* application for an order to protect his privacy rights and to file his Affidavit of Counsel under seal, the memorandum of points and authorities, and the affidavit of counsel having been considered,  and good cause appearing,

the Court orders that Plaintiff's "Affidavit of Counsel in Support of Plaintiff's Motion to Protect Plaintiff's Right to Privacy By Proceeding Under a Pseudonym" dated September 13, 2007 and filed September 14, 2007 be filed under seal.

//

//

1 | IT IS SO ORDERED.
2 |
3 | DATED:
4 |
5 | _____
  | PHYLLIS J. HAMILTON
  | UNITED STATES DISTRICT JUDGE