Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>Defendant. | CASE NO. C 07-4738 PJH<br><br>[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION |

The Administrative Motion filed by Plaintiff A.B.., by and through his Guardian Ad Litem, W.F.B., to protect his right to privacy and to proceed under a pseudonym, came before this Court. Plaintiff's Administrative Motion for an order to protect his privacy rights, the memorandum of points and authorities, and the affidavit of counsel having been considered, and good cause appearing,

the Court orders 1) that Plaintiff and his Guardian Ad Litem may proceed under a pseudonym "A.B." and "W.F.B.," respectively, and 2) that all documents that contain personally identifiable information, including the Affidavit of Counsel, be filed under seal.

//
//
//
//

1

1    IT IS SO ORDERED.

3  DATED:

   _____
   PHYLLIS J. HAMILTON
   UNITED STATES DISTRICT JUDGE