Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem, | CASE NO. C 07-4738 PJH |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE AFFIDAVIT OF COUNSEL UNDER SEAL |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>　　　Defendants.<br>_____/ | |

   Plaintiff, A.B., by and through W.F.B., his guardian ad litem, hereby file this Declaration of Counsel, Roberta S. Savage, pursuant to Local Rule 7-11.

   I, Roberta S. Savage, hereby affirm under penalty of perjury, that the following assertions are true of my own personal knowledge and that I could and would testify competently thereto if called as a witness to this action:

1.   I am an attorney duly licensed in the State of California, and the United States District Court for the Northern District of California.

2.   I am one of the attorneys of record for A.B.., plaintiff herein.

3.   I make this declaration in support of PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE UNDER SEAL AFFIDAVIT OF COUNSEL IN SUPPORT OF PLAINTIFF'S

1  MOTION TO PROTECT PLAINTIFF'S RIGHT TO PRIVACY BY PROCEEDING UNDER A
2  PSEUDONYM..

3  4.   Good cause for this Administrative Motion exists in order to protect A.B.'s privacy rights by ensuring that all personally identifiable information is filed under seal, including the information included with the Affidavit of Counsel.  The Affidavit contains a copy of the administrative decision and specific personal information about A.B. and his family.  This request is consistent with Local Rule 3-17 (a)(2) requiring all minor's to be identified in pleadings through their initials only.

5.   A stipulation by Defendant District to have the Affidavit of Counsel filed under seal and to have all documents that contain personally identifiable information about A.B. or his family filed under seal was not obtained as the Complaint has not been served on Defendant District, and the Defendant District has not otherwise been contacted about this matter.

6.   Since the Affidavit of Counsel will be served on Defendant District with the Complaint, there will be no harm to Defendant District as it will then have all of A.B.'s personally identifiable information.  Further, this Declaration and any Order from the Court will also be served on Defendant to ensure that it can comply with the Orders related to A.B.'s privacy.

Respectfully Submitted,

Dated: September 19, 2007

Roberta S. Savage