Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>Defendant. | CASE NO. C 07 4738<br><br>[~~PROPOSED~~]<br>APPOINTMENT OF GUARDIAN AD LITEM |

The Court having considered the petition of A.B. for the appointment of Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and good cause appearing,

IT IS ORDERED that W.F.B. be appointed Guardian Ad Litem for A.B. in the above-captioned action.

Dated: 9/21/07

JUDGE OF DISTRICT COURT