Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>　　　　Defendant.<br>_____ / | CASE NO.  C07-4738 PJH<br><br>MOTION FOR ADMINISTRATIVE RELIEF TO PROTECT PLAINTIFF'S RIGHT TO PRIVACY BY PROCEEDING UNDER PSEUDONYM & FILING SPECIFIC DOCUMENTS UNDER SEAL<br><br>Memorandum of Points and Authorities Contained Herein and Declaration in Support of Application Filed Concurrently Herewith |

　　　　Pursuant to Local Rule 79-5, on behalf of Plaintiff A.B. by and through his Guardian Ad Litem, W.F.B., Roberta S. Savage, counsel for Plaintiff, hereby moves this Court for an order that (1) Plaintiff and his Guardian Ad Litem may proceed with this action under the names "A.B." and "W.F.B." respectively; and that (2) all documents filed by any party that contain any personally identifiable information, of Plaintiff, his Guardian Ad Litem or their family, including any document with any portion of Plaintiff's, his Guardian Ad Litem's or their family's name, be filed under seal.

　　　　This motion is based upon all papers and pleadings filed in this matter, the following points and authorities, the separately filed Affidavit of Counsel in Support of Plaintiff's Motion to Protect Plaintiff's Right to Privacy by Proceeding Under a Pseudonym, which Plaintiff has submitted to be

filed under seal and which reveals the full names of Plaintiff and his Guardian Ad Litem, and a Declaration of Counsel in Support of Plaintiff's Administrative Motion to File Affidavit of Counsel Under Seal.

## MEMORANDUM OF POINTS AND AUTHORITIES

The instant case was filed against Defendant SAN FRANCISCO UNIFIED SCHOOL DISTRICT pursuant to the Individuals with Disabilities Education Act (*hereinafter* "IDEA"). (*See generally* 20 U.S.C. §§1400 et seq.). As alleged in the complaint, Plaintiff is an eleven year old child with a disability. Plaintiff and his Guardian Ad Litem wish to proceed with this case under the names "A.B." and "W.F.B.," respectively, so that Plaintiff's privacy rights will be protected. Plaintiff and his Guardian Ad Litem also request that no documents be filed on the public record with their full names and/or other personally identifiable information.

Plaintiff, as a minor middle school student and a child with a disability, has a constitutionally and statutorily protected privacy interest in avoiding disclosure of personal matters, such as educational records and medical records. (*See e.g.* Norman-Bloodsaw v. Lawrence Berkeley Laboratory, 138 F.3d 1260, 1273-74 (9th Cir. 1998) (constitutional right to privacy). The statutory protections are guaranteed by the IDEA and the federal regulations promulgated thereunder (34 C.F.R. §§300.560-576 (confidentiality of student's records)), as well as the Family Educational Rights and Privacy Act of 1974 (*hereinafter* "FERPA"), as amended, Section 1232g(b) of Title 20 of the United States Code and the federal regulations promulgated thereunder, commencing at Section 99.1 of Title 34 of the Code of Federal Regulations (20 U.S.C. §1232g(b); 34 C.F.R. §§ 99.1 *et seq.* (Subparts A and D). The phrase "personally identifiable information" is defined similarly, both in the IDEA regulations and FERPA regulations, as including the student's name; the student's address, the name of the student's parent or other family member; a personal identifier, such as a social security number or student number; a list of personal characteristics or other information that would make it possible to identify the student. (*See* 34 C.F.R. §300.500 (IDEA); *see also* 34 C.F.R. §99.3 (FERPA).).

1  Defendant will not be prejudiced by allowing Plaintiff to use a pseudonym and requiring
2  Defendant to file documents with personally identifiable information under seal, because Defendant
3  will be served with the Affidavit of Counsel, which identifies the full names of Plaintiff and his
4  Guardian Ad Litem. Defendant has personal knowledge of the identity of Plaintiff and his family
5  and the dispute. Requiring documents to be filed under seal will not in any way prejudice Defendant,
6  as Defendant will be on notice regarding how to file all documents in this matter. Finally, although
7  the public, generally, has an interest in the actions brought before the federal courts, Plaintiff's
8  privacy interest outweighs the public interest, and the public has no interest in the identity of the
9  named Plaintiff that outweighs the Plaintiff's interest in keeping sensitive information confidential.

10  Plaintiff's request is consistent with the Local Rule 3-17 (a)(2) which requires that in any
11  matter where a minor is referenced in a pleading, the minor should be referenced using initials only.

12  Accordingly, Plaintiff requests that the Court enter an order that (1) Plaintiff and his
13  Guardian Ad Litem may proceed with this action under the names "A.B." and "W.F.B." respectively;
14  and that (2) all documents filed by any party that contain any personally identifiable information, of
15  Plaintiff, his Guardian Ad Litem or their family, including any document with any portion of
16  Plaintiff's, his Guardian Ad Litem's or their family's name, be filed under seal.

Respectfully Submitted,

ROBERTA S. SAVAGE

Attorney for Plaintiff A.B.

Dated: September 26, 2007        By: _____
                                     Roberta S. Savage