UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.B., a minor, by and through
W.F.B., his Guardian Ad Litem,

    Plaintiff,

    v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C 07-4738 PJH

**ORDER RE MOTION FOR ADMINISTRATIVE RELIEF**

Before the court is plaintiff's Motion for Administrative Relief to Protect Plaintiff's Right to Privacy by Proceeding Under Pseudonym & Filing Specific Documents Under Seal. Specifically, plaintiff moves the court for an order (1) allowing plaintiff and his guardian ad litem to proceed with this action pursuant to the use of pseudonyms A.B. and W.F.B.; and (2) allowing "all documents filed by any party that contain any personally identifiable information" of plaintiff or his guardian ad litem to be filed under seal in this action.

With respect to the former, plaintiff's request is hereby GRANTED. In view of the fact that plaintiff is a minor middle school student with protectable privacy interests pursuant to the Individuals with Disabilities Education Act, see 20 U.S.C. §§ 1400 et seq., plaintiff and his guardian ad litem shall be allowed to prosecute this action under the above pseudonyms.

With respect to the latter request, however, plaintiff's request for a blanket sealing order is DENIED. Civil L.R. 3-17(a) directs parties to refrain from using and to redact where necessary the following personal identifiers in all documents filed with the court:

1  social security numbers, names of minor children, dates of birth, and financial account
2  numbers. In this case, the redaction of these personal identifiers and the use of the
3  approved pseudonyms by both parties should serve to protect plaintiff's privacy interests
4  with respect to briefs and other papers prepared by the parties. With respect to the
5  administrative record, however, which often contains sensitive educational and medical
6  information, and often in references too numerous to redact, the court hereby ORDERS,
7  that it may be filed under seal.

8  Should either party wish to file a document which has not or cannot be redacted to
9  remove the personal identifiers or a document that contains other protectable material, that
10 party must comply with Civ. L.R. 79-5 and make a particularized showing of good cause
11 with respect to each such document at the time of filing, in a manner consistent with the
12 procedures set forth in the rule. Accordingly, plaintiff's motion is DENIED, without prejudice
13 to any party's right to invoke the sealing procedures set forth in Civ. L. R. 79-5 at the time
14 the document is sought to be filed.

15 **IT IS SO ORDERED.**

16 Dated: October 2, 2007

17 _____
   PHYLLIS J. HAMILTON
   United States District Judge

**United States District Court**
For the Northern District of California

2