1   Lenore Silverman, SBN 146112
lsilverman@fagenfriedman.com
2   Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
3   FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
4   Los Angeles, California  90048
Phone: 323-330-6300
5   Fax: 323-330-6311

6   Attorneys for SAN FRANCISCO
UNIFIED SCHOOL DISTRICT

7

8              **UNITED STATES DISTRICT COURT**

9   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  A.B.  a minor, By and Through W.F.B.,          CASE NO. C 07 4738 PJH
    His Guardian Ad Litem,
12                                                 **DEFENDANT SAN FRANCISCO
                                                   UNIFIED SCHOOL DISTRICT'S
                Plaintiff,                         ANSWER TO PLAINTIFF'S
13                                                 COMPLAINT**

        vs.
14
    SAN FRANCISCO UNIFIED
15  SCHOOL DISTRICT,

16              Defendant.

17

18         COMES NOW Defendant San Francisco Unified School District ("District"),

19  and for itself only, hereby answers the Complaint filed by plaintiff A.B.

20  ("Plaintiff"), and asserts its affirmative defenses as follows:

21                    **PRELIMINARY STATEMENT**

22         1.     In response to paragraph 1 of the Complaint, the District admits that

23  this action is brought pursuant to section 1415(i)(2)(A) of Title 20 of the United

24  States Code (the Individuals with Disabilities Education Act or "IDEA") and  that a

25  hearing decision was rendered by the California Office of Administrative Hearings

26  on or about June 18, 2007.  The District denies that Plaintiff has been aggrieved by

27  said hearing decision.  The District is without sufficient knowledge to admit or deny

28

00239.00110/50228.1                                              C 07 4738
DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT ANSWER TO PLAINTIFF'S COMPLAINT

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California  90048
Main: 323-330-6300 • Fax: 323-330-6311

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

1  the allegation that Plaintiff received the hearing decision on or about June 25, 2007,

2  and, on that basis, denies the allegation.

3  **JURISDICTION AND VENUE**

4      2.      In response to paragraph 2 of the Complaint, the District admits each

5  and every allegation contained therein.

6      3.      In response to paragraph 3 of the Complaint, the District admits each

7  and every allegation contained therein.

8  **PARTIES**

9      4.      In response to paragraph 4 of the Complaint, the District admits each

10 and every allegation contained therein.

11     5.      In response to paragraph 5 of the Complaint, the District admits that it

12 is a public entity organized and existing under the laws of the State of California,

13 with the capacity to be sued.  The District further admits that it receives federal fund

14 pursuant to the Individuals with Disabilities Education Act ("IDEA") and is required

15 to provide a free and appropriate public education ("FAPE") to all students residing

16 in the District's boundaries who are found eligible to receive a special education and

17 related services.  Except as specifically admitted, the District denies each and every

18 allegation contained in paragraph 5.

19 **STATUTORY SCHEME UNDER IDEA**

20     6.      In response to paragraph 6 of the Complaint, the District notes that it

21 contains no factual averments to which the District must respond and merely sets

22 forth Plaintiff's summary of the law which speaks for itself.

23     7.      In response to paragraph 7 of the Complaint, the District notes that it

24 contains no factual averments to which the District must respond and merely sets

25 forth Plaintiff's summary of the law which speaks for itself.

26     8.      In response to paragraph 8 of the Complaint, the District notes that it

27 contains no factual averments to which the District must respond and merely sets

28 forth Plaintiff's summary of the law which speaks for itself.

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California  90048
Main:  323-330-6300  •  Fax:  323-330-6311

1 | **STATEMENT OF RELEVANT FACTS**

2 |     9.     In response to paragraph 9 of the Complaint, the District admits each

3 | and every allegation contained therein.

4 |     10.     In response to paragraph 10 of the Complaint, the District admits each

5 | and every allegation contained therein.

6 |     11.     In response to paragraph 11 of the Complaint, the District admits each

7 | and every allegation contained therein.

8 |     12.     In response to paragraph 12 of the Complaint, the District admits that

9 | "Extended School Year" is a term of art based on qualifying factors that may entitle

10 | a student to receive educational services beyond the regular school year.  The

11 | services are typically but not always delivered during the summer.  Except as

12 | specifically admitted, the District denies each and every allegation contained in

13 | paragraph 12.

14 | *2003-2004 school year (2nd Grade)*

15 |     13.     In response to paragraph 13 of the Complaint, the District admits each

16 | and every allegation contained therein.

17 |     14.     In response to paragraph 14 of the Complaint, the District is without

18 | sufficient knowledge to admit or deny the allegations and, on that basis, denies each

19 | and every allegation contained therein.

20 |     15.     In response to paragraph 15 of the Complaint, the District admits each

21 | and every allegation contained therein.

22 |     16.     In response to paragraph 16 of the Complaint, the District admits that

23 | the ALJ found a need to assess based on behavioral issues occurring during about a

24 | quarter of the 2003-2004 school year.  Except as specifically admitted, the District

25 | denies each and every allegation in paragraph 16.

26 | / / /

27 | / / /

28 | / / /

17.    In response to paragraph 17 of the Complaint, the District admits that A.B.'s parent provided him with privately funded services in the areas of speech and language therapy, behavioral consultation and music therapy during the 2003-2004 school year. The District further admits that A.B. was privately assessed by Dr. Vincent Nunno in approximately May of 2004. Except as specifically admitted, the District denies each and every allegation in paragraph 17.

18.    In response to paragraph 18 of the Complaint, the District denies each and every allegation contained therein.

19.    In response to paragraph 19 of the Complaint, the District admits each and every allegation contained therein.

20.    In response to paragraph 20 of the Complaint, the District denies each and every allegation contained therein.

21.    In response to paragraph 21 of the Complaint, the District is without sufficient knowledge to admit or deny the allegations and, on that basis, denies each and every allegation contained therein.

22.    In response to paragraph 22 of the Complaint, the District denies each and every allegation contained therein.

### *2004-2005 school year (3rd Grade)*

23.    In response to paragraph 23 of the Complaint, the District admits each and every allegation contained therein.

24.    In response to paragraph 24 of the Complaint, the District admits that Parent provided thoughts and suggestions relative to the March 2004 IEP. Except as specifically admitted, the District denies each and every allegation contained in paragraph 24.

25.    In response to paragraph 25 of the Complaint, the District admits that A.B.'s parent provided him with privately funded services in the areas of speech and language therapy, behavioral therapy, social skills therapy and music therapy during the 2004-2005 school year. The District further admits that A.B. was privately

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT ANSWER TO PLAINTIFF'S COMPLAINT

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California  90048
Main:  323-330-6300  •  Fax: 323-330-6311

1 assessed by Dr. Tina Guterman in approximately June of 2005.  Except as

2 specifically admitted, the District denies each and every allegation in paragraph 25.

3      26.    In response to paragraph 26 of the Complaint, the District denies each

4 and every allegation contained therein.

5      27.    In response to paragraph 27 of the Complaint, the District admits each

6 and every allegation contained therein.

7      28.    In response to paragraph 28 of the Complaint, the District admits that

8 the prior written notice provided for the 2005 extended school year did not

9 individually address each service requested by W.F.B.  Except as specifically

10 admitted, the District denies each and every allegation contained in paragraph 28.

11      29.    In response to paragraph 29 of the Complaint, the District admits each

12 and every allegation contained therein.

13      30.    In response to paragraph 30 of the Complaint, the District admits each

14 and every allegation contained therein.

15      *2005-2006 school year (4th Grade)*

16      31.    In response to paragraph 31 of the Complaint, the District admits that

17 A.B.'s parent provided him with privately funded services in the areas of speech and

18 language therapy, behavioral therapy, social skills therapy, interactive metronome

19 therapy, music therapy and sessions at Lindamood-Bell during the 2005-2006

20 school year.  The District further admits that A.B. was privately assessed in the area

21 of occupational therapy during the 2005-2006 school year.  Except as specifically

22 admitted, the District denies each and every allegation in paragraph 31.

23      32.    In response to paragraph 32 of the Complaint, the District admits each

24 and every allegation contained therein.

25      33.    In response to paragraph 33 of the Complaint, the District admits each

26 and every allegation contained therein.

27 / / /

28 / / /

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

1    34.    In response to paragraph 34 of the Complaint, the District admits that

2  the ALJ found that the FBA was inappropriate and untimely but that it was

3  unnecessary because Student no longer exhibited behaviors that requires the

4  assessment. Except as specifically admitted, the District denies each and every

5  allegation contained in paragraph 34.

6    35.    In response to paragraph 35 of the Complaint, the District admits each

7  and every allegation contained therein.

8    36.    In response to paragraph 36 of the Complaint, the District admits each

9  and every allegation contained therein.

10    37.    In response to paragraph 37 of the Complaint, the District admits that

11  the ALJ found the last IEP contained no written description for the 2006 ESY but

12  that there was no denial of FAPE because A.B.'s parents had actual knowledge of,

13  understood and considered the District's offer.  Except as specifically admitted, the

14  District denies each and every allegation contained in paragraph 37.

15    38.    In response to paragraph 38 of the Complaint, the District admits each

16  and every allegation contained therein.

17    39.    In response to paragraph 39 of the Complaint, the District admits that it

18  did not  provide a prior written notice for the psychological evaluation.  Except as

19  specifically admitted, the District denies each and every allegation contained in

20  paragraph 39.

21    *2006-2007 school year (5th Grade)*

22    40.    In response to paragraph 40 of the Complaint, the District admits each

23  and every allegation contained therein.

24    41.    In response to paragraph 41 of the Complaint, the District denies each

25  and every allegation contained therein.

26    42.    In response to paragraph 42 of the Complaint, the District denies each

27  and every allegation contained therein.

28

DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT ANSWER TO PLAINTIFF'S COMPLAINT

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

1    43.    In response to paragraph 43 of the Complaint, the District admits each

2  and every allegation contained therein.

3    44.    In response to paragraph 44 of the Complaint, the District admits each

4  and every allegation contained therein.

5    45.    In response to paragraph 45 of the Complaint, the District admits each

6  and every allegation contained therein.

7    46.    In response to paragraph 46 of the Complaint, the District admits each

8  and every allegation contained therein.

9    47.    In response to paragraph 47 of the Complaint, the District admits each

10  and every allegation contained therein.

11                          **CAUSE OF ACTION**

12                         **(20 U.S.C. § 1415)**

13              **(Claim For Relief against DISTRICT)**

14    48.    In response to paragraph 48 of the Complaint, the District denies each

15  and every allegation contained therein.

16    49.    In response to paragraph 49 of the Complaint, the District denies each

17  and every allegation contained therein.

18    50.    In response to paragraph 50 of the Complaint, the District denies each

19  and every allegation contained therein.

20    51.    In response to paragraph 51 of the Complaint, the District denies each

21  and every allegation contained therein.

22    52.    In response to paragraph 52 of the Complaint, the District denies each

23  and every allegation contained therein.

24    53.    In response to paragraph 53 of the Complaint, the District denies each

25  and every allegation contained therein.

26    54.    In response to paragraph 54 of the Complaint, the District denies each

27  and every allegation contained therein.

28

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

1    55.    In response to paragraph 55 of the Complaint, the District denies each

2  and every allegation contained therein.

3    56.    In response to paragraph 56 of the Complaint, the District denies each

4  and every allegation contained therein.

5

6                    **AFFIRMATIVE DEFENSES**

7                    **FIRST AFFIRMATIVE DEFENSE**

8                    **(Failure to State a Claim)**

9    57.    Plaintiff's claim for relief under the IDEA fails to state a claim upon

10  which relief may be granted against the District.

11                  **SECOND AFFIRMATIVE DEFENSE**

12                  **(Failure to Exhaust Administrative Remedies)**

13    58.    Plaintiff is barred from relief under the Complaint as to any claim

14  which was not addressed by the administrative law judge, based on his failure to

15  fully exhaust administrative remedies.

16                  **THIRD AFFIRMATIVE DEFENSE**

17                  **(Discharge of Obligations)**

18    59.    Plaintiff is barred from relief under the Complaint because, prior to the

19  commencement of this action, the District paid, satisfied or otherwise discharged all

20  duties and obligations owed to Plaintiff under applicable federal and state laws

21  including the IDEA and/or the California Education Code.

22                  **FOURTH AFFIRMATIVE DEFENSE**

23                  **(Damages Not Recoverable)**

24    60.    Plaintiff's Complaint seeks damages not properly recoverable against

25  the District.

26  / / /

27  / / /

28  / / /

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

1

## FIFTH AFFIRMATIVE DEFENSE

2

### (Immunity and Privilege)

3    61.    Plaintiff is barred from asserting the claims alleged in the Complaint

4 against the District as District's actions were, at all times, privileged, immune,

5 justified, made in good faith and/or otherwise lawful.

6

## SIXTH AFFIRMATIVE DEFENSE

7

### (Mitigation of Damages)

8    62.    Plaintiff has had, and continues to have, the ability and opportunity to

9 mitigate the damages alleged in the Complaint and has failed to take reasonable and

10 necessary steps to mitigate same.

11

## SEVENTH AFFIRMATIVE DEFENSE

12

### (Plaintiff Is Not Prevailing Party)

13    63.    Plaintiff is not entitled to an award of attorney's fees against the

14 District as he is not the prevailing party in the underlying due process proceeding

15 and the District prevailed on all significant issues in the underlying action.

16

## EIGHTH AFFIRMATIVE DEFENSE

17

### (Attorney's Fees Not Available)

18    64.    Plaintiff is not entitled to a full award of attorney's fees and costs

19 associated with the underlying administrative hearing and/or this civil action based

20 on Plaintiff's failure to obtain affirmative relief which materially altered the

21 relationship between the parties and/or based on the District's statutory offers to

22 Plaintiff.

23 / / /

24 / / /

25 / / /

26

27

28

DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT ANSWER TO PLAINTIFF'S COMPLAINT

Fagen Friedman & Fulfrost, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Main: 323-330-6300 • Fax: 323-330-6311

## NINTH AFFIRMATIVE DEFENSE

### (Other Defenses)

65.    The District presently has insufficient knowledge or insufficient information upon which to form a belief as to whether it may have additional, yet unasserted, affirmative defenses.  The District therefore reserves the right to assert additional affirmative defense in the event discovery indicates it would be appropriate.

## PRAYER

WHEREFORE, the District prays for judgment as follows:

1.    That Plaintiff take nothing by way of their Complaint;

2.    That Plaintiff's Complaint be dismissed with prejudice;

3.    That District recover its attorney's fees and expenses incurred herein;

4.    For costs of suit incurred herein; and

5.    For such other and further relief as the Court deems just and proper.

DATED: November 8, 2007              Respectfully submitted,

                                     FAGEN FRIEDMAN & FULFROST, LLP


                                     By:    /s/ Kimberly A. Smith
                                            Kimberly A. Smith
                                            Attorneys for SAN FRANCISCO
                                            UNIFIED SCHOOL DISTRICT

C 07 4738
DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT ANSWER TO PLAINTIFF'S COMPLAINT