UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A.B., a minor, by and through W.F.B. his
Guardian ad Litem

             Plaintiff(s),

       v.

SAN FRANCISCO UNIFIED SCHOOL
DISTRICT

            Defendant(s).

CASE NO. C07 4738 PJH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference December 20, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Roberta S. Savage | Plaintiff | (530) 753-4497 | roberta@robertasavagelaw.com |
| Kimberly A. Smith | Defendant | (323) 330-6315 | ksmith@fagenfriedman.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/25/07

Dated: 11/26/07

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev 1.05