UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: December 20, 2007                              JUDGE: Phyllis J. Hamilton

Case No: C-07-4738 PJH

Case Name: AB v. San Francisco Unified School District

Attorney(s) for Plaintiff:        Roberta S. Savage
Attorney(s) for Defendant:        Lenore Silverman; Kimberly A. Smith

Deputy Clerk: Nichole Heuerman              Court Reporter: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The parties inform the court that no discovery is necessary. The parties shall file motions for summary judgment by 4/16/08; opposition to be filed by 5/14/08; reply to be filed by 5/28/08 with a hearing to be noticed for 6/25/08 at 9:00 a.m. The parties are handed copies of the court's pretrial instructions.

REFERRALS:

[x] Case referred to (direct) Magistrate Judge Maria-Elena James for SETTLEMENT CONFERENCE to be completed by 3/15/08 , or as soon thereafter as is convenient for the judge.

Order to be prepared by:   [] Pl [] Def  [] Court

Notes:

cc: file; Wings; MEJ