UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.B.,

    Plaintiff,

    v.

S.F. UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C 07-4738 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1 and upon request by the Alternative Dispute Resolution department, this matter is referred for assignment to Magistrate Judge James to conduct a settlement conference by March 15, 2008.

    The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

    IT IS SO ORDERED.

Dated: December 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J