UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


*HON. MAGISTRATE JUDGE MARIA-ELENA JAMES*

CIVIL MINUTE ORDER

**DATE:** January 28, 2008
**TITLE:** A.B. -v- S.F. Unified Sch. Dist.                     **CASE #:** C-07-4738 PJH

**APPEARANCES:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| Roberta S. Savage | Kimberly A. Smith |
|  | Lenore Silverman |
|  | Emilia Cantarero Huntly |
|  | Cassie Coleman |

**Deputy Clerk:** Brenda Tolbert                        **FTR:**

**PROCEEDINGS:**

\_\_\_\_ Case Management
\_\_\_\_ Further Case Management
\_\_\_\_ Status Conference
\_\_\_\_ Pretrial Conference
_X_ Settlement Conference (Length: 2 Hr/s.)
\_\_\_\_ Evidentiary Hearing
\_\_\_\_ Examination of Judgment Debtor
\_\_\_\_ Motions
\_\_\_\_ Other:

**ORDER/RESULTS:**

Settlement Conference Held.  Parties Unable to Settle.

**Case Continued To:** _____   **For:** _____
**Case Referred To:** _____   **For:** _____


**ORDER TO BE PREPARED BY:**

**cc: Chambers File, Chris, Brenda,  Other:**