Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>Defendant._____/ | CASE NO. 07-4738 PJH<br><br>NOTICE OF LODGING ADMINISTRATIVE RECORD UNDER SEAL |

Pursuant to the Court's Order dated October 2, 2007 [Docket #15], on April 11, 2008, Plaintiff will lodge a complete copy of the Administrative Record under seal. The Administrative Record includes the following:

1. 3 letters from Office of Administrative Hearings [BATE STAMPED 00001-00003];
2. Transcript of hearing dated 2/27/07 [BATE STAMPED 00004-00210];
3. Transcript of hearing dated 2/28/07 [BATE STAMPED 00211-00507];
4. Transcript of hearing dated 3/1/07 [BATE STAMPED 00508-00795];
5. Transcript of hearing dated 3/2/07 [BATE STAMPED 00796-00912];
6. Transcript of hearing dated 3/5/07 [BATE STAMPED 00913-1177];
7. Transcript of hearing dated 3/6/07 [BATE STAMPED 01178-1453];
8. Transcript of hearing dated 3/7/07 [BATE STAMPED 01454-01604];

1

9.  Transcript of hearing dated 4/11/07 [BATE STAMPED 01605-01841];

10. Transcript of hearing dated 4/12/07 [BATE STAMPED 01842-02055];

11. Miscellaneous Pleadings/Documents [BATE STAMPED 02056-02463];

12. Miscellaneous Pleadings/Documents [BATE STAMPED 02464-02771];

13. Miscellaneous Student's Evidence [BATE STAMPED 02772-03132];

14. Miscellaneous District's Evidence [BATE STAMPED 03133-03603].

Respectfully Submitted,

ROBERTA S. SAVAGE

Attorney for Plaintiff A.B.

Dated: April 10, 2008          By: _____
                                    Roberta S. Savage