Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>　　　　Defendant._____/ | CASE NO.  07-4738 PJH<br><br>NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:　June 25, 2008<br>Time:　9:00 a.m.<br>Ctrm:　3 |

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

　　　NOTICE IS HEREBY GIVEN that on June 25, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 450 Golden Gate Ave, San Francisco, California, Plaintiff, A.B. By and Through his Guardian Ad Litem, W.F.B., will move for an order granting his Motion for Summary Judgment.

　　　This motion is based upon this Notice of Motion, and the accompanying Memorandum of Points and Authorities.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　ROBERTA S. SAVAGE

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff A.B.


Dated: April 16, 2008　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　　Roberta S. Savage