1   Roberta S. Savage (SBN 202940)
    221 G Street, Suite 207
2   Davis, CA 95616
    tel (530) 753-4497
3   fax (530) 753-4498

4

5

6

7   Attorney for
    A.B.

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

    A.B., a minor, By and Through          CASE NO.  C 07-4738 PJH
11  W.F.B.,  His Guardian Ad Litem,
                                           [PROPOSED] ORDER RE:
12              Plaintiff,                  PLAINTIFF'S MOTION
                                           FOR SUMMARY JUDGMENT
13  v.

14  SAN FRANCISCO UNIFIED
    SCHOOL DISTRICT,
15              Defendant.
    _____/
16
            Plaintiff's Motion for Summary Judgment came before this Court.  Plaintiff's Motion for
17
    Summary Judgment, the memorandum of points and authorities in both support of and in
18
    opposition to having been considered,  and good cause appearing,
19
            the Court orders 1) that Plaintiff's Motion for Summary Judgment be granted.  SFUSD
20
    denied AB a FAPE from second through fifth grade.  As such, AB is entitled to reimbursement
21
    for privately obtained services.
22
            IT IS SO ORDERED.
23

24  DATED:

25

26                                         _____
                                           PHYLLIS J. HAMILTON
27                                         UNITED STATES DISTRICT JUDGE

28

                                           1