Lenore Silverman, SBN 146112
lsilverman@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendant, SAN FRANCISCO UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>    Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. C 07-4738 (PJH)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:    June 25, 2008<br>Time:    9:00 a.m.<br>Courtroom:    3<br><br>*Filed Concurrently With:*<br><br>1. Notice of Motion and Motion for Summary Judgment by Defendant San Francisco Unified School District; Memorandum of Points and Authorities in Support Thereof |

The motion for summary judgment of defendant San Francisco Unified School District ("Defendant") came on regularly for hearing before this Court on June 25, 2008. Roberta Savage Esq.., appeared for Plaintiff and Kimberly A. Smith, Esq., appeared for Defendant. The Court having considered Defendant's motion for summary judgment and all papers filed by Defendant and Plaintiff in connection therewith, and the Court further having considered the arguments of counsel for and against the motion at the time of the hearing thereon, hereby makes the following order.

1  **IT IS HEREBY ORDERED** that Defendant is entitled to judgment as a matter of law as
2  to all claims in Plaintiff's Complaint in this action.

4  **IT IS SO ORDERED.**

_____
Phyllis J. Hamilton, District Judge