Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>            Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>            Defendant.<br>_____/ | CASE NO.  C 07-4738 PJH<br><br>[PROPOSED] ORDER RE:<br>CROSS  MOTIONS<br>FOR SUMMARY JUDGMENT |

Cross-Motions for Summary Judgment came before this Court.  The Cross-Motions for Summary Judgment, the memorandums of points and authorities in both support of and in opposition to having been considered,  and good cause appearing,

the Court orders 1) that Plaintiff's Motion for Summary Judgment be granted. Defendant's Motion for Summary Judgment is denied.  SFUSD denied AB a FAPE from second through fifth grade.  As such, AB is entitled to reimbursement for privately obtained services.

IT IS SO ORDERED.


DATED:

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE