1  Lenore Silverman, SBN 146112
   lsilverman@fagenfriedman.com
2  Kimberly A. Smith, SBN 176659
   ksmith@fagenfriedman.com
3  FAGEN FRIEDMAN & FULFROST, LLP
   6300 Wilshire Boulevard, Suite 1700
4  Los Angeles, California  90048
   Phone: 323-330-6300
5  Fax: 323-330-6311

6  Attorneys for Defendant, SAN FRANCISCO
   UNIFIED SCHOOL DISTRICT
7

8                 UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  A.B., a minor, By and Through W.F.B., His      CASE NO. C 07-4738 (PJH)
    Guardian Ad Litem,
12                                                 STIPULATION TO CONTINUE DEADLINE
              Plaintiffs,                          FOR REPLY BRIEFS, ALLOW BRIEF SUR-
13                                                 REPLY AND CONTINUE HEARING ON
         vs.                                       CROSS-MOTIONS FOR SUMMARY
14                                                 JUDGMENT; [~~PROPOSED~~] ORDER
    SAN FRANCISCO UNIFIED SCHOOL
15  DISTRICT,

16  ,           Defendant.

17

18       Plaintiff A.B. (Plaintiff) and defendant San Francisco Unified School District ("District")

19  hereby provide this Court with the following Stipulation and Proposed Order to modify the

20  briefing schedule on the parties' cross-motions for summary judgment and continue the hearing on

21  those motions.  This Stipulation also provides for Defendant to file a brief sur-reply to additional

22  evidence to be discussed in Plaintiff's reply brief.

23       1.     This action is an appeal from a special education due process proceeding under the

24  Individuals with Disabilities Education Act (20 U.S.C. §1400 *et seq.*).  Plaintiff filed his

25  Complaint on September 14, 2007.

26       / / /

27       / / /

28       / / /

2. On December 20, 2007, the parties attended a Case Management Conference at which time the Court set the following schedule for this matter:

| | |
|---|---|
| April 16, 2008 | Parties to file cross-motions for summary judgment |
| May 14, 2008 | Parties to file opposition briefs |
| May 28, 2008 | Parties to file reply briefs |
| June 25, 2008 | Hearing on cross-motions for summary judgment, 9:00 a.m. |

3. Plaintiff obtained a copy of the administrative record from the Office of Administrative Hearings. The record currently is 3603 pages long. Both parties reviewed the entire record prior to Plaintiff lodging it with the Court.

4. On April 11, 2008, Plaintiff lodged a copy of the record with the Court.

5. On April 16, 2008, the parties filed their cross-motions for summary judgment.

6. While preparing Plaintiff's opposition to the District's motion, counsel for Plaintiff discovered that the testimony of two witnesses was missing from the official record.

7. Plaintiff's counsel has spoken to the Office of Administrative Hearings which has indicated that it has a recording of the missing transcript, specifically the morning of March 2, 2007, and that it will have a transcript of the recording expedited. OAH can deliver the missing transcript pages to Plaintiff's counsel no later than May 28, 2008.

8. The Ninth Circuit has held that parties may supplement the administrative record when gaps are discovered. *Ojai Unified School District v. Bion Jackson*, 4 F.3d. 1467 (9th Cir. 1993) cert denied 115 S.Ct. 90 (1994).

9. Based on the discovery of missing testimony and Plaintiff's interest in citing to this evidence as part of his argument in this case, the parties stipulate to and request the following modification of the schedule in this matter:

| | |
|---|---|
| June 4, 2008 | Plaintiff to reproduce and provide copies of the administrative record to opposing counsel and the Court, sequentially bates labeled to the administrative record already on file |
| June 18, 2008 | Parties to file their reply briefs |

| | | |
|---|---|---|
| June 25, 2008 | | District to file a sur-reply of no more than four (4) pages to specifically and solely address any argument presented by Plaintiff based on the supplemental evidence |
| July 23, 2008 | | Hearing on cross-motions for summary judgment; 9:00 a.m. |

10. Good cause exists for the brief continuances in this case, specifically to allow the Court to consider the full administrative record and to allow Plaintiff to discuss and the District to respond to the evidence presented by two of Plaintiff's witnesses in the administrative proceeding.

DATED: May 20, 2008

By: /s/ Roberta Savage
Roberta Savage,
Attorneys for Plaintiff, A.B.

DATED:  May 20, 2008          FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Defendant, SAN FRANCISCO UNIFIED SCHOOL DISTRICT

I, Kimberly A. Smith, am the ECF User whose ID and password are being used to file this STIPULATION TO CONTINUE DEADLINE FOR REPLY BRIEFS, ALLOW BRIEF SUR-REPLY AND CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT. In compliance with General Order 45, X.B., I hereby attest that Roberta Savage has concurred in this filing.

DATED: May 20, 2008          FAGEN FRIEDMAN & FULFROST, LLP

By: /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Defendant, PAJARO VALLEY UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. C 07-4738 (PJH)<br><br>[P~~ROPOSED~~] ORDER |

**ORDER**

The Court, having reviewed and considered the STIPULATION TO CONTINUE DEADLINE FOR REPLY BRIEFS, ALLOW BRIEF SUR-REPLY AND CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT and finding good cause, does hereby **ORDER** that the parties' reply briefs shall be filed by June 18, 2008.  Defendant San Francisco Unified School District shall be permitted to file a sur-reply of no more than four (4) pages, no later than June 25, 2008, to specifically and solely address any argument presented by Plaintiff based on the supplemental evidence being lodged with the Court.

/ / /

/ / /

/ / /

The Court further **ORDERS** that the hearing on the parties' cross-motions for summary judgment shall be continued to July 23, 2008 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 5/28/08

