Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
A.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>Defendant.<br>_____/ | CASE NO. 07-4738 PJH<br><br>NOTICE OF LODGING ADMINISTRATIVE RECORD UNDER SEAL |

Pursuant to the Court's Order dated October 2, 2007 [Docket #15], on June 4, 2008, Plaintiff will lodge, under seal, the remaining portion of the Administrative Record, specifically

1. 1 letter from Office of Administrative Hearings [BATE STAMPED 3604];

2. Transcript of morning session of the hearing dated 3/2/07 [BATE STAMPED 03605-03758].

Plaintiff will concurrently provide a Chamber's Copy of this portion of the Administrative Record.

            Respectfully Submitted,

            ROBERTA S. SAVAGE

            Attorney for Plaintiff A.B.

Dated: June 3, 2008      By: _____
            Roberta S. Savage