**United States District Court**
**Northern District of California**

# DOCUMENT LOCATOR

**Case Number:**    CV-07-4738 PJH

**Date Filed:**  6-4-08

**Document:**

____    **Reporter's Transcript:**

_____    **Trial Exhibits:**

_____    **Lodged Documents:**

__X___ **Sealed Documents**

_____    **Declaration:**

_____    **Other:**


**Location:**

____    **Expando (Next to Case File)**

_____    **Overflow Shelf:**

__X_ **Vault**

_____    **Other:**

# Document Number:   44