UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: July 23, 2008                                        JUDGE:  Phyllis J. Hamilton

Case No:  C-07-4738  PJH

Case Name: AB v. San Francisco Unified School District

**Attorney(s) for Plaintiff:**        Roberta S. Savage
**Attorney(s) for Defendant:**     Kimberly A. Smith

**Deputy Clerk**:  Nichole Heuerman            **Court Reporter**: Lydia Zinn

PROCEEDINGS

   Plaintiff's Motion for Summary Judgment-Held.  The court takes the matter under submission.

   Defendant's Motion for Summary Judgment-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file