Lenore Silverman, SBN 146112
lsilverman@fagenfriedman.com
Kimberly A. Smith, SBN 176659
ksmith@fagenfriedman.com
FAGEN FRIEDMAN & FULFROST, LLP
6300 Wilshire Boulevard, Suite 1700
Los Angeles, California 90048
Phone: 323-330-6300
Fax: 323-330-6311

Attorneys for Defendant, SAN FRANCISCO UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br>,<br>Defendant. | CASE NO. C 07-4738 (PJH)<br><br>STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS FEES; [~~PROPOSED~~] ORDER |

Plaintiff A.B. (Plaintiff) and defendant San Francisco Unified School District ("District") hereby provide this Court with the following Stipulation and Proposed Order to extend the time for Plaintiff to file a motion for attorneys fees in connection with this action as follows:

WHEREAS, on October 30, 2008, the Court granted Defendant's Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment;

WHEREAS, on November 5, 2008, Judgment was entered on behalf of Defendant;

WHEREAS, Plaintiff intends to file a Motion for Attorneys Fees pursuant to Federal Rules of Civil Procedure Rule 54 and pursuant to the Individuals with Disabilities Education Act (20 U.S.C. §1400 *et seq.* and the California Education Code to recover fees on those issues on which he prevailed in the underlying administrative proceeding;

WHEREAS, the parties wish to take the opportunity to attempt to resolve the issue of attorney fees from the underlying proceeding prior to expending judicial resources on the matter;

The parties hereby STIPULATE that

1. If Plaintiff does not file an appeal of the judgment in this matter, Plaintiff will have until January 30, 2009 to file a Motion for Attorneys Fees related to the underlying due process hearing;

2. Defendant will file its Opposition by February 25, 2009;

3. Plaintiff will file his Reply by March 4, 2009; and

4. Hearing on the Motion will be held on March 18, 2008.

DATED: November 10, 2008

By:  /s/ Roberta Savage
Roberta Savage,
Attorneys for Plaintiff, A.B.

DATED:  November 10, 2008          FAGEN FRIEDMAN & FULFROST, LLP

By:  /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Defendant, SAN FRANCISCO UNIFIED SCHOOL DISTRICT

/ / /

/ / /

/ / /

1 | I, Kimberly A. Smith, am the ECF User whose ID and password are being used to file this
2 | STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS FEES.  In
3 | compliance with General Order 45, X.B., I hereby attest that Roberta Savage has concurred in this
4 | filing.
5 | DATED: November 10, 2008        FAGEN FRIEDMAN & FULFROST, LLP

By:    /s/ Kimberly A. Smith
       Kimberly A. Smith
       Attorneys for Defendant, PAJARO VALLEY
       UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| A.B., a minor, By and Through W.F.B., His Guardian Ad Litem,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | CASE NO. C 07-4738 (PJH)<br><br>[~~PROPOSED~~] ORDER |

**ORDER**

The Court, having reviewed and considered the STIPULATION TO EXTEND TIME TO FILE MOTION FOR ATTORNEYS FEES and finding good cause, does hereby **ORDER** that Plaintiff shall file his Motion for Attorneys Fees no later than January 30, 2009.

IT IS SO ORDERED.

DATED: 11/17/08

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

C 07-4738 (PJH)

[PROPOSED] ORDER